# IN THE SUPREME COURT OF THE STATE OF NEVADA

BRIAN A. SANGSTER,
Appellant,
vs.
THE STATE OF NEVADA
DEPARTMENT OF CORRECTIONS;
BRIAN SANDOVAL, GOVERNOR;
ADAM P. LAXALT, ATTORNEY
GENERAL; JAMES DZURENDA,
DIRECTOR N.D.O.C.; AND BRIAN E.
WILLIAMS, SR., WARDEN, SDCC,
Respondents.

No. 70938

FILED

SEP 1 2 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a motion for temporary restraining order, a motion for appointment of counsel, and a request for evidentiary hearing. Eighth Judicial District Court, Clark County; Linda Marie Bell, Judge.

Because no statute or court rule permits an appeal from the aforementioned orders, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.[1]

_____ , J.
Cherry

_____ , J.
Douglas

_____ , J.
Gibbons

---

[1]In light of this order, we take no action on the pro se letter filed on August 11, 2016.

cc: Hon. Linda Marie Bell, District Judge
Brian A. Sangster
Attorney General/Carson City
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A